# FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FILED
2019 APR 25 PM 4: 05

| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00392-MAGISTRATE JUDGE |
| --- | --- |
| Plaintiff, | BY____ |
| v. | |
| KEVIN SHAWN STUBBS, | |
| Defendant. | |

**Order Granting Government's Motion to Seal Complaint**

**(Filed Under Seal)**

Based on the pending Motion of the Government, and good cause appearing, IT IS HEREBY ORDERED that the Complaint, the Motion, and this Court's Sealing Order in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 25 day of April, 2019.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3