# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KEVIN STUBBS,<br><br>          Defendant. | Case No. 2:19-mj-00302-NJK<br><br>ORDER<br><br>(Docket No. 13) |

Pending before the Court is a sealed *ex parte* motion to withdraw as counsel and request for appointment of CJA counsel, filed by Defendant Kevin Stubbs' attorney, Assistant Federal Public Defender Heidi Ojeda. Docket No. 13.

For good cause shown, the Court **GRANTS** counsel's motion. Docket No. 13. Ms. Ojeda is withdrawn as Defendant's attorney, as is the entire Federal Public Defender's Office. The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant. New counsel is directed to contact Ms. Ojeda immediately upon appointment, so that she can arrange for the transfer of her file.

IT IS SO ORDERED.

DATED: May 21, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE