THOMAS ERICSSON, ESQ.
Nevada Bar No. 4982
RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorneys for Defendant Kevin Stubbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN STUBBS,<br><br>Defendant. | CASE NO.:   2:19-CR-00142-APG-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE OBJECTIONS TO ORDER DENYING MOTION TO COMPEL DISCOVERY (Dkt. 66)**<br><br>**(**First Request**)** |

IT IS HEREBY STIPULATED AND AGREED by Defendant Keven Stubbs, by and through his attorney, THOMAS A. ERICSSON, ESQ., and the United States of America, by and through TONY LOPEZ, ESQ., and JAMIE MICKELSON, ESQ., Assistant United States Attorneys, that the date for the defendant to file Objections to the Order denying Defendant's Motion to Compel Discovery (Dkt. 66) be extended up to and including January 9, 2020.

The request for a continuance is based upon the following:

1. Counsel for the Defendant requires additional time to finalize his Objections to the Order denying Defendant's Motion to Compel Discovery in order to properly present the issues to the Court and due to Counsel's congested hearing schedule.

2. Defendant Stubbs is currently in custody and has no objection to the continuance.

3. Defense counsel has spoken to Assistant United States Attorney Tony Lopez and he has no objection to the extension until January 9, 2020, for the filing of the Objections.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for an extension would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit Objections, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to extend the time to file the Objections.

DATED: January 7, 2020

Respectfully submitted,

*/s/ Thomas A. Ericsson*  */s/ Tony Lopez*
Thomas A. Ericsson, Esq.  Tony Lopez, Esq.
Oronoz & Ericsson, LLC  Jamie Mickelson, Esq.
1050 Indigo Drive, Suite 120  501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada, 89145  Las Vegas, Nevada, 89101
Attorney for Defendant  Attorneys for the United States of America

THOMAS ERICSSON, ESQ.
Nevada Bar No. 4982
RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorneys for Defendant Kevin Stubbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN STUBBS,<br><br>Defendant. | CASE NO.:   2:19-CR-00142-APG-DJA |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for the Defendant requires additional time to finalize his Objections to the Order denying Defendant's Motion to Compel Discovery in order to properly present the issues to the Court and due to Counsel's congested hearing schedule.

2. Defendant Stubbs is currently in custody and has no objection to the continuance.

3. Defense counsel has spoken to Assistant United States Attorney Tony Lopez and he has no objection to the extension until January 9, 2020, for the filing of the Objections.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for an extension would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit Objections, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**CONCLUSION OF LAW**

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for Defendant to file objections to the Order Denying Defendant's Motion to Compel Discovery be extended to January 9, 2020.

**ORDER**

IT IS THEREFORE ORDERED that the Defendant shall have until January 9, 2020, to file Objections to the Order denying Defendant's Motion to Compel Discovery.

DATED AND DONE this 8th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE