# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff

v.

KEVIN SHAWN STUBBS,

    Defendant

Case No.: 2:19-cr-00142-APG-DJA

**Order Affirming Magistrate Judge's Order Denying Motion to Compel**

[ECF Nos. 66, 71]

    Defendant Kevin Stubbs filed a motion to compel the Government to produce documents and information. ECF No. 57. Magistrate Judge Albregts denied that motion. ECF No. 66. Mr. Stubbs filed an appeal of that order. ECF No. 71. I have reviewed the appeal, Judge Albregts' Order, and the underlying papers. Judge Albregts' Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

    I HEREBY ORDER that Magistrate Judge Albregts' Order **(ECF No. 66) is affirmed** in its entirety, and Mr. Stubbs' appeal **(ECF No. 71) is denied**.

    DATED this 6th day of March, 2020.

 

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE