NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
JAMIE MICKELSON
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6281
tony.lopez@usdoj.gov
jamie.mickelson@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SHAWN STUBBS,<br><br>Defendant. | Case No. 2:19-cr-00142-APG-DJA<br><br>**Government's Motion for Leave to file a Response to Defendant's Objection to Report and Recommendation Denying Defendant's Motion to Suppress** |

**Certification**: The government's response was due August 13, 2020; this motion for leave follows.

On July 30, 2020, defendant Kevin Stubbs, through counsel, filed Objections to the Magistrate Judge's Report and Recommendation (ECF 92), in which the Magistrate Judge recommended that the Court deny defendant's motion to suppress. (ECF 88.) The government's response was due August 13, 2020. The government inadvertently failed to file a response by the date and asks the Court for leave to file the response at this time. The response will be filed immediately after this motion for leave is filed. Undersigned counsel

contacted counsel for Stubbs, who advised that he does not object to the Government's motion for leave to file a response.

Dated: August 14, 2020.

>Respectfully submitted,
>NICHOLAS TRUTANICH
>United States Attorney
>
>*/s/ Jamie Mickelson*
>JAMIE MICKELSON
>Assistant United States Attorney

IT IS SO ORDERED.

Dated: August 14, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2