THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Kevin Stubbs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

KEVIN SHAWN STUBBS,

        Defendant.

CASE NO:  2:19-cr-00142-APG-DJA

**STIPULATION TO CONTINUE MOTION DEADLINE**

(Seventh Request)

IT IS HEREBY STIPULATED AND AGREED by KEVIN STUBBS, by and through his attorney, THOMAS A. ERICSSON, ESQ., and the United States of America, by and through RICHARD A. LOPEZ, ESQ., Assistant United States Attorney, that the motion deadline currently scheduled for January 11, 2021, be vacated and continued to January 18, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1       This Stipulation is entered into for the following reasons:

2       1.      The parties seek a continuance of the motion deadline to allow the parties
3               additional time to prepare their respective motions.

4       2.      The Defendant is in custody and agrees with the continuance.

5       3.      The parties agree to the continuance.

6
7       4.      The parties do not anticipate that this stipulation will affect the current trial
                date as it stands.

8
9    Dated: January 11, 2021

10

11       Respectfully submitted,

12
     */s/ Thomas A. Ericsson*                        */s/ Richard A. Lopez*
13   Thomas A. Ericsson, Esq.                      Richard A. Lopez, Esq.
     Oronoz & Ericsson, LLC                        Assistant United States Attorney
14   1050 Indigo Drive, Suite 120                  501 Las Vegas Blvd. South, Suite 1100
     Las Vegas, Nevada 89145                       Las Vegas, Nevada 89101
15   *Attorney for Kevin Stubbs*                      *Attorney for the United States of America*

16

17

18

19

20

21

22

23

24

25

26

27

28

THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Kevin Stubbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 2:19-cr-00142-APG-DJA |
| vs. | ) | **ORDER** |
| KEVIN SHAWN STUBBS, | ) | (Seventh Request) |
| Defendant. | ) | |

IT IS THEREFORE ORDERED that the motion deadline currently scheduled for

January 11, 2021, be vacated and continued to January 18, 2021.

DATED this __11th__ day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE

3