JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-142-APG-DJA |
| Plaintiff, | **Motion to Withdraw as Forfeiture Attorney** |
| v. | |
| KEVIN SHAWN STUBBS, | |
| Defendant. | |

Under LR IA 11-6(b), the United States moves this Court to allow Misty L. Dante to withdraw as the forfeiture attorney of record for the United States of America. Under LR IA 11-6(e), this Motion will not delay discovery, or any hearing, and good cause is shown since forfeiture does not exist in this case, ECF No. 124.

Dated this 13th day of October 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Misty L. Dante*
MISTY L. DANTE
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: October 24, 2022