THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | ) CASE NO: 2:19-cr-00142-APG-DJA<br>) |
| vs. | )<br>) |
| KEVIN SHAWN STUBBS, | )<br>) |
| Defendant. | )<br>) |

Certification: This notice is timely filed.

**MOTION TO WITHDRAW AS COUNSEL AND**
**NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST**

COMES NOW, Thomas A. Ericsson, Esq., CJA appointed attorney for the Defendant, Kevin Shawn Stubbs, and moves this Court to enter an Order allowing him to withdraw as counsel and be removed from CM/ECF E-Notice list.

Mr. Stubbs was sentenced by the Court on November 2, 2022 and does not want to appeal the sentence he received. Counsel has finished his representation of Mr. Stubbs in this matter.

/ / / /

/ / / /

/ / / /

/ / / /

1

Counsel respectfully requests an Order allowing him to withdraw as counsel in this matter and be removed from CM/ECF E-Notice list.

DATED this 7th day of November 2022.

By: /s/ *Thomas A. Ericsson*
THOMAS A. ERICSSON, ESQ.
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, NV 89144
*Attorney for Defendant*

IT IS SO ORDERED:

Dated: November 28, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE